Amir Nassihi, SBN 235936
anassihi@shb.com
Ryan M. Sandrock, SBN 251781
rsandrock@shb.com
SHOOK, HARDY, & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94104
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE ELIAS MORALES AGUIRRE, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 4:22-cv-06909-HSG<br><br>**REVISED JOINT STIPULATION AND ORDER TO MODIFY CASE SCHEDULE (as modified)**<br><br>**(Pursuant to ECF 50)** |

Plaintiff Jose Elias Morales Aguirre ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("AHM" or "Defendant") (collectively the "Parties") respectfully submit this revised request for an extension of the case schedule. As set forth in detail below, the Parties have worked to follow the Court's guidance at the last hearing and have shortened the requested extension.

On July 8, 2024, the Parties submitted a proposed Joint Stipulation and Order to Modify Case Schedule (ECF 48) which documented the Parties' discovery efforts to date in support of a revised discovery cutoff schedule. This was the first requested extension of the dates in this putative class action. The request was for a roughly six-month extension, with the fact discovery deadline extended from September 14, 2024, to March 3, 2025.

On July 9, 2024, the Court held a Case Management Conference to discuss the Parties' proposed schedule.  ECF 49.  At the conclusion of the conference, the Court ordered that the scheduling issue would be revisited at a further conference to be held on August 13, 2024, after additional discovery. The Court further instructed the Parties to suggest new revised dates based on the exercise of "painful diligence" in determining a reasonable request for extending the discovery schedule and that, if the Parties could agree, to submit a revised stipulation and proposed order to modify the case schedule by August 12, 2024. ECF 50.

In advance of the further case management conference scheduled for August 13, 2024, and taking into account the Court's instructions, the Parties submit the following update and proposed Stipulation to extend the dates set forth in the operative Scheduling Order. ECF 39.

**DEVELOPMENTS SINCE THE PRIOR CMC AND**
**FURTHER DISCOVERY TO BE CONDUCTED**

**Defendant's Productions**. AHM has made three (3) additional document productions, totaling over 21,000 pages. AHM also intends to produce an additional set of documents, consisting primarily of warranties. AHM is working to make that production as soon as possible. Plaintiff's counsel also has sent AHM a list of search terms that it asserts are necessary for a complete production. AHM is reviewing the terms and determining if additional document productions are warranted.  The documents produced by AHM since the last conference include documents from HMC in Japanese (which Plaintiff's counsel have had translated), Excel data

1    regarding warranty claims, and AHM's communications with the California Air Resources Board
2    ("CARB").
3         **Defendant's 30(b)(6) Deposition**. A 30(b)(6) deposition of AHM took place on August 9,
4    2024 on five topics.  The deposition did not conclude that day, but the Parties have agreed to
5    continue it for a reasonable amount of time, to be determined, so that it may be completed on
6    another date. The Parties also agree that additional 30(b)(6) testimony is required on certain
7    remaining topics set forth in Plaintiff's 30(b)(6) Notice and have discussed scheduling additional
8    depositions on other topics set forth in the Notice.
9         **Plaintiff and Third-Party Discovery**. Plaintiff produced its discovery responses to
10   AHM's request for production on August 1, 2024. Plaintiff is in the process of confirming a date
11   for Plaintiff's deposition.  In addition, CARB produced documents and a privilege log. Plaintiff is
12   in the process of requesting a deposition of a CARB representative.
13        **Additional Discovery**.  Plaintiff's counsel has notified AHM of its request for additional
14   productions by HMC, the deposition of HMC, and the deposition of a person or persons at AHM
15   most knowledgeable to testify about the warranty data and customer pay information and
16   regarding additional 30(b)(6) topics.  The Parties are meeting and conferring regarding these
17   requests and are working to coordinate the scheduling of additional depositions.
18        If there is no agreement with respect to service of a deposition subpoena on HMC, Plaintiff
19   will need to seek authorization, through the Hague Convention, to depose HMC.  If there is no
20   agreement regarding the scope of the discovery by HMC, Plaintiff will also need to file a motion
21   to compel.
22        Plaintiff also intends to depose a representative of CARB, and already has been working
23   with CARB to coordinate.  Based on Plaintiff's counsel's past experience in other similar cases, it
24   is difficult for CARB to confirm a deponent and deposition date.
25        Defendant also intends to take the deposition of the named plaintiff.
26        Finally, the Parties have begun discussions regarding scheduling a mediation.
27        The Parties believe that, through continued "exercise of painful diligence," the foregoing
28   can be accomplished by January 20, 2025, which is an extension of four (4) months to complete

1  discovery and mediation.  The Parties respectfully submit that good cause has been shown for the
2  requested additional time.
3        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to
4  Court approval, the proposed revised schedule is as follows:

| Activity | Current Date | Proposed Date |
|---|---|---|
| Deadline for the Parties to complete private mediation | Not previously set | January 15, 2025 |
| Non-Expert Discovery Cut Off (including hearing of discovery motions) | September 14, 2024 | January 20, 2025 |
| Deadline for motion for Class Certification, and for disclosures and reports of any experts Plaintiff intends to rely on at class certification | October 14, 2024 | February 7, 2025 |
| Deadline for any opposition to a motion for class certification; for Defendant's disclosures and reports of any experts Defendant intends to rely on at class certification; and for any motion by AHM to limit or exclude Plaintiff's class certification expert testimony based on *Daubert* or any other basis | January 12, 2025 | May 8, 2025 |
| Deadline for Plaintiff's reply in support of a motion for class certification; deadline for Plaintiff to respond to AHM's class certification expert testimony based on *Daubert* or any other basis | March 13, 2025 | July 7, 2025 |
| Hearing on motion for class certification | April 12, 2025, or on a date convenient to the Court | July 31, 2025 |

    IT IS SO STIPULATED.  A proposed Order is submitted concurrently.

Dated: August 9, 2024                Respectfully submitted,

                                      SHOOK, HARDY & BACON L.L.P.

                                      By:    */s/ Ryan M. Sandrock*
                                                 RYAN M. SANDROCK

                                      Attorneys for Defendant
                                      AMERICAN HONDA MOTOR CO., INC.

| | |
|---|---|
| Dated: August 9, 2024 | Respectfully submitted, |
| | POMERANTZ LLP |
| | By:   /s/ Ari Y. Basser |
| | ARI Y. BASSER |
| | |
| | Jordan L. Lurie, SBN 130013 |
| | jllurie@pomlaw.com |
| | Ari Y. Basser, SBN 272618 |
| | abasser@pomlaw.com |
| | 1100 Glendon Avenue |
| | 15th Floor Los Angeles, CA 90024 |
| | Telephone: (310) 432-8492 |
| | |
| | Robert L. Starr, SBN 183052 |
| | robert@starrlaw.com |
| | THE LAW OFFICE OF ROBERT L. STARR |
| | 23901 Calabasas Road, Suite 2072 |
| | Calabasas, CA 91302 |
| | Tel: 818.225.9040 | Fax: 818.225.9042 |
| | |
| | Manny Starr, SBN 319778 |
| | manny@frontierlawcenter.com |
| | Adam Rose, SBN 210880 |
| | adam@frontierlawcenter.com |
| | FRONTIER LAW CENTER |
| | 23901 Calabasas Road, #2074 |
| | Calabasas, CA 91302 |
| | Tel: 818.914.3433 |
| | |
| | Attorneys for Plaintiffs |

### **CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5-1(h)(3)**

Pursuant to L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the above signatories.

By:   /s/ Ari Y. Basser
Ari Y. Basser

# ORDER

PURSUANT TO STIPULATION, THE FOLLOWING SCHEDULE IS ENTERED:

| Activity | Date |
| --- | --- |
| Deadline for the Parties to complete private mediation | January 15, 2025 |
| Non-Expert Discovery Cut Off (including hearing of discovery motions) | January 20, 2025 |
| Deadline for motion for Class Certification, and for disclosures and reports of any experts Plaintiff intends to rely on at class certification | February 7, 2025 |
| Deadline for any opposition to a motion for class certification; for Defendant's disclosures and reports of any experts Defendant intends to rely on at class certification; and for any motion by AHM to limit or exclude Plaintiff's class certification expert testimony based on *Daubert* or any other basis | May 8, 2025 |
| Deadline for Plaintiff's reply in support of a motion for class certification; deadline for Plaintiff to respond to AHM's class certification expert testimony based on *Daubert* or any other basis | July 7, 2025 |
| Hearing on motion for class certification | July 31, 2025 at 2:00 p.m. |

Dated: 8/12/2024

_____
HON. HAYWOOD S. GILLIAM, JR.