Amir Nassihi, SBN 235936
anassihi@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94104
Tel:  415.544.1900 | Fax:  415.391.0281

SHOOK, HARDY & BACON L.L.P.
Michael L. Mallow, SBN 188745
mmallow@shb.com
2049 Century Park East, #3000
Los Angeles, California 90067
Tel: 424.285.8330 | Fax: 424.204.9093

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ELIAS MORALES AGUIRRE, on behalf of himself and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 4:22-cv-06909-HSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE (as modified)** |

Plaintiff Jose Elias Morales Aguirre ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("AHM" or "Defendant") (collectively the "Parties") in the above-entitled action, by and through their respective counsel, hereby stipulate, and respectfully request, that the Court reschedule the Case Management Conference in this case from March 31, 2026, at 2:00 p.m. to April 23, 2026 at 2:00 p.m.

In support of this Stipulation and request, the Parties state as follows:

On March 4, 2026, the Court denied Plaintiff's Motion for Class Certification and set a Case Management Conference for March 31, 2026 at 2:00 p.m. to discuss next steps in the litigation. ECF 82. Lead counsel for Plaintiff will be traveling on March 31, 2026 and is unavailable to attend the conference. Plaintiff's lead counsel argued the Class Certification motion and should be present at the Case Management Conference to discuss next steps in this litigation and address the Court's questions.

Pursuant to Civil Local Rule 16-10(a), the deadline to file the Joint Case Management Statement is seven (7) days before the Case Management Conference unless otherwise ordered. If the requested continuance is granted, the Joint Case Management Statement deadline will be April 14, 2026.

This requested continuance will not affect any other deadlines currently set in the case.

THEREFORE, the Parties hereby stipulate, subject to Court approval, that:

(1) The Case Management Conference is continued from March 31, 2026 to April 21, 2026, or to another date convenient for the Court; and,

(2) The deadline for the Parties to file the Joint Case Management Statement is April 14, 2026.

IT IS SO STIPULATED.

///

///

///

///

///

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-cv-06909-HSG

Dated: March 13, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:      /s/ Amir Nassihi
         AMIR NASSIHI

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

Dated: March 13, 2026

Respectfully submitted,

POMERANTZ LLP

By:      /s/ Ari Y. Basser
         ARI Y. BASSER

Jordan L. Lurie, SBN 130013
jllurie@pomlaw.com
Ari Y. Basser, SBN 272618
abasser@pomlaw.com
1100 Glendon Avenue
15th Floor Los Angeles, CA 90024
Telephone: (310) 432-8492

Robert L. Starr, SBN 183052
robert@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Tel: 818.225.9040 | Fax: 818.225.9042

Manny Starr, SBN 319778
manny@frontierlawcenter.com
Adam Rose, SBN 210880
adam@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, #2074
Calabasas, CA 91302
Tel: 818.914.3433

Attorneys for Plaintiff

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-cv-06909-HSG

## CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5-1(h)(3)

Pursuant to L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the above signatories.

By:   /s/ Ari Y. Basser
Ari Y. Basser

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-cv-06909-HSG

**ORDER**

PURSUANT TO STIPULATION, THE FOLLOWING IS ORDERED.

(1) The Case Management Conference is continued via zoom from March 31, 2026 to April 21, 2026, at 2 p.m. The zoom information and instructions remain the same as previously provided in docket no. 49;

(2) The deadline for the Parties to file the Joint Case Management Statement is April 14, 2026.

Dated: _____3/16/2026_____

_____
HON. HAYWOOD S. GILLIAM, JR.

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:22-cv-06909-HSG