UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ELIAS MORALES AGUIRRE,

Plaintiff,

v.

AMERICAN HONDA MOTOR
CORPORATION, INC.,

Defendant.

Case No. 22-cv-06909-HSG

**ORDER REGARDING RENEWED
MOTION FOR CLASS
CERTIFICATION**

Having reviewed Dkt. No. 86 and the parties' arguments at the April 21, 2026 case management conference, the Court **GRANTS** Plaintiff's request to file a renewed motion for class certification. *See Gonzalez v. United States Immigr. & Customs Enf't*, 975 F.3d 788, 807 (9th Cir. 2020) (noting that district courts have "broad discretion to determine whether a class should be certified, and to revisit that certification throughout the legal proceedings before the court" (quotation omitted)); *Howard v. Hain Celestial Grp., Inc.*, No. 22-CV-00527-VC, 2024 WL 4369648, at *5 (N.D. Cal. Oct. 1, 2024) ("Whether to grant leave to file a renewed motion for class certification is a matter of discretion.  Courts . . . often grant such leave.").

//

//

//

//

//

//

//

The parties are **DIRECTED** to file a stipulation and proposed order setting a briefing schedule and page limits for the renewed motion by May 1, 2026.  The supplemental briefing may not exceed ten pages per side and may only address (1) the predominance evidence that the Court previously found lacking, *see* Dkt. No. 82 at 11–13; and (2) whether the Court has equitable jurisdiction over Plaintiff's restitution claim, *see id.* at 10.

**IT IS SO ORDERED.**

Dated:  4/24/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2