United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ELIAS MORALES AGUIRRE,

Plaintiff,

v.

AMERICAN HONDA MOTOR
CORPORATION, INC.,

Defendant.

Case No.  22-cv-06909-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on April 21, 2026.  Having considered the parties' proposals, *see* Dkt. No. 89, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Plaintiff's Renewed Motion for Class Certification | June 1, 2026 |
| Deadline for Defendant's Opposition | June 29, 2026 |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order **TERMINATES** Dkt. No. 89.

**IT IS SO ORDERED.**

Dated:   5/4/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge